NO. 07-07-0161-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

AUGUST 17, 2007

_____

GERALD LESLIE COOTS,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_____

FROM THE 64th DISTRICT COURT OF HALE COUNTY;

NO. A14249-0111; HON. ROBERT W. KINKAID, JR., PRESIDING

_____

***ON MOTION TO DISMISS***

_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant Gerald Leslie Coots, by and through his attorney, has filed a motion to dismiss his appeal because he no longer desires to prosecute it. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


Brian Quinn
Chief Justice

Do not publish.